IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC JAMAR DEAN, #197053, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:17-CV-294-WKW [WO] |
| KARLA JONES, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

On August 12, 2019, the Magistrate Judge entered a Recommendation (Doc. # 36) to which no timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 36) is ADOPTED; and

(2) This action is DISMISSED without prejudice.

Final judgment shall be entered separately.

DONE this 4th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE